UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELSA MALDONADO, et al.,

    Plaintiffs,

    v.

CITY OF SAN LEANDRO, et al.,.

    Defendants.

_____/

No. C 09-0470 PJH

**ORDER GRANTING MOTION TO DISMISS AND VACATING HEARING DATE**

    Before this court is defendants City of San Leandro, Officer P.J. Kyle, Officer Michael Sobek and Officer O'Callahan's motion to dismiss plaintiffs' complaint. Having read the moving parties' papers and considered the relevant legal authority, and in view of plaintiffs' non-opposition to the motion, the court hereby rules as follows:

    Plaintiffs' complaint asserting causes of action against the above-named defendants is DISMISSED with prejudice because it is barred by the applicable statute of limitations. See Wilson v. Garcia, 471 U.S. 261 (1985)(forum state's statute of limitations for personal injury torts sets forth appropriate period for determining statute of limitations under section 1983), superseded by statute on other grounds, as stated in Jones v. R.R. Donnelley & Sons Co., 541 U.S. 369 (2004); see also Cal. Civ. Proc Code § 335.1 (establishing two year limitation for the filing of civil claims).

    The July 1, 2009 hearing on this matter is accordingly VACATED.

**IT IS SO ORDERED.**

Dated: June 26, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge