UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELSA MALDONADO, et al.,

    Plaintiffs,

    v.

CITY OF SAN LEANDRO, et al.,

    Defendants.

_____/

No. C 09-0470 PJH

**ORDER DENYING PEREMPTORY CHALLENGE**

As explained at the case management conference on January 7, 2010, plaintiffs' peremptory challenge of the undersigned judge as permitted by California law for state judges, is not applicable in federal court as such is DENIED (document no. 41). If plaintiffs wish to pursue a motion to disqualify the undersigned judge, they must comply with the requirements of 28 U.S.C. § 144.

**IT IS SO ORDERED.**

Dated: January 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge