UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELSA MALDONADO, et al.,

    Plaintiffs,

    v.

CITY OF SAN LEANDRO, et al.,

    Defendants.
_____/

No. C 09-0470 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having previously granted judgment in favor of defendants City of San Leandro, Officer P.J. Kyle, Officer Michael Sobek, Officer O'Callahan; having previously granted defendants County of Alameda, Carolyn Lacativo, Sandra Theis, Bonnie Sorlie, and Diane Wade's motion to dismiss with prejudice; and having granted defendants Stanislaus County, Beth Morrison, Erin Cary, Nichole Cunningham, Richard Allen, and Bryan Hixson's motion for summary judgment,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: December 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge